# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| SAMANTHA GOANS, | ) | |
| | ) | |
|        Plaintiff, | ) | |
| | ) | |
| v. | ) | No. CIV-18-758-SM |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | |
|        Defendant. | ) | |

## ORDER

This matter comes before the Court pursuant to General Order 16-4, upon issuance of a Report and Recommendation by United State Magistrate Judge Suzanne Mitchell regarding Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs. In the Report and Recommendation Judge Mitchell recommended that the application be granted in part and denied in part; specifically recommending that Plaintiff be required to pay the filing fee in $25.00 increments, monthly, and that process not be issued until Plaintiff has paid at least $100.00 toward the filing fee. Judge Mitchell advised Plaintiff of her right to object to the Report and Recommendation, and no timely objection has been filed by Plaintiff, who is represented by counsel, nor has an extension of time in which to object been filed. Accordingly, the Report and Recommendation is hereby ADOPTED. Plaintiff shall tender payment of $25.00 not later than October 1, 2018. Failure to tender payment shall result in dismissal of this action without prejudice. Upon payment of $100.00, process shall be issued for service.

**IT IS SO ORDERED** this 4th day of September 2018.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE